UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                    *Defendant*. | Civil Action No. 19-0893-TSC |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiffs National Public Radio, Inc. and Alison Kodjak, by and through their respective undersigned counsel, submit this joint status report in response to the Court's minute order dated May 15, 2019.

1.      On March 28, 2019, Plaintiffs filed this action claiming that HHS had not responded to their requests for records under the Freedom of Information Act ("FOIA"). Plaintiffs' requests generally seek FOIA logs, the calendars of Roger Severino, Director of the HHS Office for Civil Rights, and Severino's email communications containing specified search terms related to abortion and reproductive rights. *See* Compl. ¶¶ 12, 18.

2.      On May 15, 2019, the Court entered the following minute order:

> Before the Court in this FOIA case are a complaint and an answer. The requirements of LCvR 16.3 and Rule 26(f) of the Federal Rules of Civil procedure appear to be inapplicable. IT IS HEREBY ORDERED that the parties shall meet and confer and propose a schedule for proceeding in this matter. The schedule shall address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an Open America stay is likely in this case, whether a Vaughn index will be required in this case, whether and when either party anticipates filing a dispositive motion, and any other pertinent issues. The parties shall file a joint status report that addresses these

issues no later than 6/17/19. The joint status report shall be accompanied by a proposed order.

Min. Order (May 15, 2015).

3.      The parties have been engaged in discussions about the possibility of narrowing the scope of Plaintiffs' request for Severino's email communications containing certain specified search terms. HHS's initial search for those terms returned 32,039 pages of potentially responsive records. Today, June 17, 2019, Plaintiffs agreed that (1) HHS for now need release only emails and not attachments and Plaintiffs will thereafter specify any attachments that they seek as responsive to the request, (2) HHS may eliminate the search terms "mother" and "unborn" from the request, (3) HHS may deem nonresponsive any (a) daily news briefings, (b) calendar invitations, and (c) calendar invitation responses.

4.      Give this recent agreement, HHS requires time to rerun its searches and upload the results into its review platform before it can fully determine the anticipated number of documents responsive to Plaintiffs' FOIA requests and the anticipated dates for release of those documents to Plaintiffs. HHS anticipates releasing responsive, nonexempt records responsive to Plaintiffs' request for FOIA logs on or before June 30, 2019.

5.      HHS does not anticipate the need for an *Open America* stay at this time. Whether a *Vaughn* index or dispositive motion will be required will depend on whether Plaintiffs have any dispute with HHS's releases, which it will not be able to determine until those releases are complete.

6.      Given the current status of HHS's response to Plaintiffs' FOIA requests, the parties propose that they file another joint status report in 30 days, on or before July 17, 2019.

*        *        *

Respectfully submitted,

BALLARD SPAHR LLP

  /s/ Matthew E. Kelley
Matthew E. Kelley (#1018126)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-2200; Fax: (202) 661-2299
kelleym@ballardspahr.com

David J. Bodney (*pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*


Dated: June 17, 2019

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*