UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 19-0893-TSC |

**JOINT STATUS REPORT**

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiffs National Public Radio, Inc. and Alison Kodjak, by and through their respective undersigned counsel, submit this joint status report in response to the Court's minute order dated May 15, 2019.

1. On March 28, 2019, Plaintiffs filed this action alleging that HHS had not responded to their requests for records under the Freedom of Information Act ("FOIA"). Plaintiffs' requests generally seek FOIA logs, the calendars of Roger Severino, Director of the HHS Office for Civil Rights, and Severino's email communications containing specified search terms related to abortion and reproductive rights. *See* Compl. ¶¶ 12, 18.

2. On June 17, 2019, Plaintiffs agreed that (1) HHS for now need release only emails and not attachments and Plaintiffs will thereafter specify any attachments that they seek as responsive to the request, (2) HHS may eliminate the search terms "mother" and "unborn" from the request, and (3) HHS may deem nonresponsive any (a) daily news briefings, (b) calendar invitations, and (c) calendar invitation responses.

3. HHS is currently processing records under this agreement. The agency expects to provide Plaintiffs with an interim release of email records on or before October 17, 2019, and a

final release of email records on or before December 31, 2019. The parties will then confer about whether Plaintiffs will seek release of any attachments.

4. Given the current status of HHS's response to Plaintiffs' FOIA requests, the parties propose that they file another joint status report on or before January 14, 2020.

Respectfully submitted,

BALLARD SPAHR LLP

  /s/ Matthew E. Kelley
Matthew E. Kelley (#1018126)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-2200; Fax: (202) 661-2299
kelleym@ballardspahr.com

David J. Bodney (*pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*

Dated: July 17, 2019