IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No. 1:19-cv-0893-TSC |

## JOINT STATUS REPORT

Defendant, the U.S. Department of Health and Human Services ("HHS"), and Plaintiffs National Public Radio, Inc. and Alison Kodjak, by and through their respective undersigned counsel, submit this joint status report in response to the Court's minute order dated January 17, 2020.

1. On March 28, 2019, Plaintiffs filed this action alleging that HHS had not responded to their requests for records under the Freedom of Information Act ("FOIA"). Plaintiffs' requests generally seek FOIA logs, the calendars of Roger Severino, Director of the HHS Office for Civil Rights, and Severino's email communications containing specified search terms related to abortion and reproductive rights. *See* Compl. ¶¶ 12, 18.

2. Pursuant to this Court's Minute Order of May 15, 2019, the parties conferred and agreed on a production schedule for documents responsive to the three requests at issue in this matter.

3. On March 30, 2020, HHS completed its production of records responsive to NPR's requests.

4. The parties have engaged in settlement discussions and have agreed that there are no remaining disputes on the merits. The parties' settlement discussions regarding Plaintiffs'

attorneys' fees and costs are nearing a conclusion. The parties believe they are likely to conclude a settlement agreement or determine whether further briefing is necessary by July 15, 2020.

5. Accordingly, and pursuant to the Court's Minute Order of January 17, 2020, which ordered the parties to file joint status reports every 30 days beginning on March 2, 2020, the parties intend to file another joint status report on or before <u>July 15, 2020</u>, if the parties have not by that date either stipulated to dismissal of this action or sought a briefing schedule regarding Plaintiffs' attorneys' fees and costs.

Respectfully submitted,

BALLARD SPAHR LLP

By: <u>/s/ Matthew E. Kelley</u>
Matthew E. Kelley (#1018126)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Tel: (202) 661-2200; Fax: (202) 661-2299
kelleym@ballardspahr.com

David J. Bodney (*pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Tel: (602) 798-5400; Fax: (602) 798-5595
bodneyd@ballardspahr.com

*Counsel for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: <u>/s/ Johnny H. Walker</u>
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*

Dated:  July 1, 2020